**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-7157**

─────────────

JAMES MORRIS FLETCHER,

                                    Plaintiff - Appellant,

        versus

NORTH CAROLINA DEPARTMENT OF REVENUE; R. A.
HUGHES, Controlled Substance Enforcement
Officer,

                                    Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Western Dis-
trict of North Carolina, at Statesville.  Richard L. Voorhees, Dis-
trict Judge.  (CA-96-45-5-V)

─────────────

Submitted:  January 20, 2000          Decided:  January 28, 2000

─────────────

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

James Morris Fletcher, Appellant Pro Se.  Christopher Edward Allen,
OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North
Carolina, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Morris Fletcher appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Fletcher v. North Carolina Dep't. of Revenue, No. CA-96-45-5-V (W.D.N.C. Aug. 4, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order was marked as "filed" on July 30, 1999, the district court's records show that it was entered on the docket sheet on August 4, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).